**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROOSEVELT KENNEDY,**

    **Plaintiff,**

vs.                                                 **Case No. 4:05cv248-WS/WCS**

**MONICA DAVID, et al.,**

    **Defendants.**

    _____/

## O R D E R

Plaintiff, a *pro se* inmate who has been given leave to proceed *in forma pauperis* in a separate order entered this day, has filed a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. The complaint has been reviewed as is required under 28 U.S.C. § 1915A and is generally sufficient to state a claim and alert Defendants to the nature and basis of Plaintiff's complaint. Plaintiff has named three Defendants in this case: Monica David, Fredrick B. Dunphy, and Tena M. Pate, each of whom were members of the Florida Parole Commission at the time of the events at issue. Doc. 1. Thus, Plaintiff is required to provide the Court with three identical copies of his complaint for service purposes. After Plaintiff has returned the copies as directed herein, the Court will direct service on Plaintiff's behalf.

Accordingly, it is

**ORDERED:**

1.  Plaintiff shall have until **August 31, 2005**, to provide the Clerk of the Court with three identical copies of his § 1983 civil rights complaint, doc. 1, for service on the three (3) named Defendants.[1]

2.  **Failure to comply with the order of this Court may result in a recommendation of dismissal of this action.**

3.  The Clerk of Court shall return this file to the undersigned upon receipt of Plaintiff's three service copies of his complaint or no later than August 31, 2005.

**DONE AND ORDERED** on August 2, 2005.

          s/   William C. Sherrill, Jr.
          **WILLIAM C. SHERRILL, JR.**
          **UNITED STATES MAGISTRATE JUDGE**

---

[1] Pursuant to FED. R. CIV. P. 4, Plaintiff must provide the copies.

Case No. 4:05cv248-WS/WCS