**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**ROOSEVELT KENNEDY,**

    **Plaintiff,**

vs.                                                       **Case No. 4:05cv248-WS/WCS**

**MONICA DAVID, et al.,**

    **Defendants.**

    _____/


## ORDER DIRECTING SERVICE

Plaintiff, a *pro se* inmate who has been given leave to proceed *in forma pauperis* in a separate order entered this day, has filed a civil rights complaint under 42 U.S.C. § 1983.  Doc. 1.  The complaint has been reviewed as is required under 28 U.S.C. § 1915A and is generally sufficient to state a claim and alert Defendants to the nature and basis of Plaintiff's complaint.  Plaintiff has named three Defendants in this case: Monica David, Fredrick B. Dunphy, and Tena M. Pate, each of whom were members of the Florida Parole Commission at the time of the events at issue.  Doc. 1.  Plaintiff has provided the Court with sufficient service copies of his complaint.  This order directs service on Plaintiff's behalf.

Accordingly, it is

**ORDERED**:

1. The docket shall reflect that Plaintiff has named three Defendants in this action: **Monica David,** Chairman of the Florida Parole Commission; **Frederick B. Dunphy**, Vice-Chairman, Florida Parole Commission, and **Tena M. Pate,** Secretary, Florida Parole Commission.  Plaintiff shall have ten (10) days from the date of this order on the docket to notify the Court if this is incorrect.

2. The Clerk of Court is directed to send a copy of this order to the United States Marshal along with a service copy of Plaintiff's complaint for each Defendant.  Pursuant to FED. R. CIV. P. 4(c)(2), all costs of service shall be advanced by the United States.

3. The Marshal shall transmit one Form 1A (revised) to Plaintiff for each of the three Defendants along with instructions.  The instructions shall require Plaintiff to complete and return the forms to the United States Marshal's office within twenty (20) days from the date of receipt thereof.  Failure by Plaintiff to return the completed forms within this time period may result in dismissal of this case.

4. Pursuant to FED. R. CIV. P. 4(d), the United States Marshal shall then send a copy of the complaint, the completed Form 1A (revised), two copies of Form 1B (revised), and a prepaid means of compliance to each Defendant through first class mail.  The Marshal shall mail the forms to the Defendants as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket as contemplated by FED. R. CIV. P. 4(m).

5. If, after 30 days from the mailing of the waiver of service forms and the complaint, Defendants have not returned the waiver of service forms (Form 1B

(revised)), the Marshal shall obtain summons from the Clerk and personally serve those Defendants pursuant to F̲ED̲. R. C̲IV̲. P. 4(e).  Upon completion of service, the Marshal shall file with the Clerk the return and a written statement of all costs incurred in making such personal service.

      6.  The Clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on a Defendant is returned unexecuted, if the Marshal has filed a statement of costs incurred for making personal service, or upon receipt of a response to the complaint.

      7.  In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff the form for consenting to trial by the magistrate judge, with the case number written on it.  If Plaintiff wishes to consent, he shall sign the form and send it to counsel for Defendants after a response to the complaint has been filed.  If Defendants wish to consent, the form shall be signed and returned to the Clerk.

      8.  Plaintiff is informed that after a response to the complaint has been filed by Defendants, he shall be required to mail to the attorney for Defendants, a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date a correct copy of the paper was mailed to the attorney representing Defendants.  Any paper so submitted for filing that does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

      9.  Plaintiff is also advised that after a response to the complaint has been filed by Defendants, any additional attempts to amend the complaint must be made pursuant to a motion requesting leave to do so.  Furthermore, Local Rule 15.1 provides that

"[w]hen leave is sought to amend a pleading pursuant to a motion, a copy of the proposed amended pleading in its entirety shall accompany the motion."  N.D. Fla. Loc. R. 15.1.

10.  The Clerk of Court shall return this file to the undersigned no later than **November 10, 2005**.

**DONE AND ORDERED** on August 11, 2005.

        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**