IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROOSEVELT KENNEDY,

    Plaintiff,

v.                                                                                                 4:05cv248-WS

MONICA DAVID, et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 21) docketed August 2, 2006. The magistrate judge recommends that the defendants' amended motion for summary judgment (doc. 14) be granted. The plaintiff has filed objections (doc. 24) to the report and recommendation.

Upon review of the record in light of the plaintiff's objections, the court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The defendants' amended motion for summary judgment (doc. 14) is GRANTED.

3. The plaintiff's motion for summary judgment (doc. 20) is DENIED.

4. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   29th   day of   September  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE